UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CARRIE ANN BELL,               :
                               :
        Plaintiff              :    No. 3:15-CV-0117
                               :
    vs.                        :    (Judge Nealon)
                               :
CAROLYN W. COLVIN, Acting      :
Commissioner of Social Security, :
                               :
        Defendant              :

FILED
SCRANTON
JUL 2 0 2016
PER _____
   DEPUTY CLERK

## MEMORANDUM AND ORDER

**NOW, THIS 20TH DAY OF JULY, 2016,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's appeal, (Doc. 1), is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff Carrie Ann Bell disability insurance benefits and supplemental security income is **VACATED**;

3. This matter is **REMANDED** to the Commissioner of the Social Security Administration; and

4. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**